# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154062(52)(53)

MENARD, INC.,
       Petitioner-Appellant,

v

CITY OF ESCANABA,
       Respondent-Appellee.

SC: 154062
COA: 325718
Tax Tribunal: 00-441600,
      14-001918-TT

_____/

      On order of the Chief Justice, the motions of respondent-appellee for immediate consideration and to extend the time for filing its answer to the application for leave to appeal are GRANTED. The answer will be accepted as timely filed if submitted on or before August 18, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk